7.

Torrance Verdin

V.

St. Charles Creed
17th

*****************

RECEIVED
MAY 0 6 2025
BY:

* CIVIL ACTION NO: 84310 DIV. D
*
* 18th JUDICIAL DISTRICT
*
*
*
* Iberville PARISH
*
* STATE OF LOUISIANA
*

FILED:__________

**AFFIDAVIT**

BEFORE ME, the undersigned notary public came the undersigned, who did depose and state that he/she does not have sufficient funds to advance court costs and is unable to pay costs of court, in advance or as they accrue, or to furnish security for the cost.

**COMPLETE THE BELOW FACTS WITH INFORMATION ON PLAINTIFF**

FACTS CONCERNING MOVER

Full Name: Torrance Bernard Verdin

Address: __________

Telephone: (Home) __________ (Work) __________

Date of Birth: 04-05-04 Social Security Number:__________

Place of Birth: (City) Houma (State) Louisiana

Marital Status: ✓ Single ____ Married ____ Separated

Furnish the following Information if you are presently employed:

Name of Employer: N/A

Address: __________

Telephone: __________ Length of Employment: __________

Wages: Weekly: __________ Monthly: __________

If married and living with spouse:

Spouse's name: __________

Are you buying your home? ____ Yes ____ No

Address: __________

Value of Home: $__________ Balance Owed: $__________

Do you own or have an interest in any other land? ____ Yes ____ No

If answer was yes, state the nature of the property and its value: ______________

______________________________________________

______________________________________________

Do you own or have an interest in any of the following:

| | | | | |
|---|---|---|---|---|
| A) | Automobile | Yes ____ | No ✓ | Value: $ ______ |
| B) | Mobile Home | Yes ____ | No ✓ | Value: $ ______ |
| C) | Boat | Yes ____ | No ✓ | Value: $ ______ |
| D) | Livestock | Yes ____ | No ✓ | Value: $ ______ |
| E) | Machinery | Yes ____ | No ✓ | Value: $ ______ |
| F) | Stocks | Yes ____ | No ✓ | Value: $ ______ |
| G) | Bonds | Yes ____ | No ✓ | Value: $ ______ |
| H) | Certificates of Deposit | Yes ____ | No ____ | Value: $ ______ |
| I) | Bank Accounts | Yes ____ | No ____ | Value: $ ______ |
| J) | Savings Accounts | Yes ____ | No ____ | Value: $ ______ |

Is anyone dependent upon you for Support? N/A

If answer is yes, state their names, ages and relationship:

N/A

List any debts you may have:

| Creditor | Amount Owed |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

List your living expenses:

| | | |
|---|---|---|
| Rent: $ | Cable: $ | Car Note: $ |
| Lot Rent: $ | Garbage: $ | Car Insurance: $ |
| House Note: $ | Medical Insurance: $ | Transportation: $ |
| House Insurance: $ | Medical Expenses: $ | Food: $ |
| Gas: $ | Dental Expenses: $ | Barber/Beauty: $ |
| Electricity: $ | Prescriptions: $ | Entertainment: $ |
| Water: $ | Life Insurance: $ | Grooming Supplies: $ |
| Telephone: $ | Daycare: $ | Garnishment: $ |
| Property Taxes: $ | Child Support: $ | Other: $ |

Do you have any income or assets which are not shown above?

______ Yes    __✓__ No

If yes explain fully:

________________________________________

________________________________________

________________________________________

__________________________

I certify that I am aware that it is a crime for which I could be sent to the penitentiary if I have intentionally given a false answer to any of the above. (R.S. 14:123)

Because of his/her poverty, he/she, wishes to file a motion with the court to proceed in forma pauperis in accordance with Louisiana Code of Civil Procedure 5181. et seq.

Torrence Verdin
PRINT NAME

Torrence Verdin
SIGNATURE

Sworn and subscribed before me at Baton Rouge, Louisiana, on this 6th day of May, 2025

WITNESS

WITNESS

Donna U. Grodner
Grodner Law Firm
2223 Quail Run Drive, Ste B
Baton Rouge, LA 70808

Donna Grodner
Bar Roll No. 20840

Iberville Parish Clerk of Court C-84310
Filed Jun 09, 2025 3:56 PM D
Brandy Foreman
Deputy Clerk of Court